UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Cirino Gonzalez

       v.                       NH Civil No. 1:12-cv-375

United States of America

## CONCURRING ORDER

I concur that George Z. Singal, a district judge in active service, shall be designated and assigned to preside over the above-captioned case.

I further concur that an emergency exists as specified above and that for the duration of this case Magistrate Judge Margaret J. Kravchuk is assigned to perform such duties under 28 U.S.C. § 636 (a) - (c) as may be assigned to her by the district judge to whom this case is assigned.

Date: October 11, 2012

_____
Chief United States District Judge
District of Maine

cc: Cirino Gonzalez, pro se
    Clerk, USDC- District of New Hampshire