UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Cirino Gonzalez

v.  NH Civil No. 1:12-cv-375

United States of America

**CONCURRING ORDER**

I concur that <u>George Z. Singal</u>, a district judge in active service, shall be designated and assigned to preside over the above-captioned case.

I further concur that an emergency exists as specified above and that for the duration of this case <u>Magistrate Judge Margaret J. Kravchuk</u> is assigned to perform such duties under 28 U.S.C. § 636 (a) - (c) as may be assigned to her by the district judge to whom this case is assigned.

Date: October 11, 2012

Chief United States District Judge
District of Maine

cc:  Cirino Gonzalez, pro se
     Clerk, USDC- District of New Hampshire