UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| CIRINO GONZALES, )<br>)<br>Petitioner, )<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent ) | Nos.   1:12-cv-00375-GZS and<br>1:07-cr-00189-GZS-3 |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 21) filed March 12, 2013, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED:**

(1) That Defendant's Motion for Clarification (ECF No. 19) is **DENIED**;

(2) That Defendant's Relief under 28 U.S.C. § 2255 is **DENIED WITH PREJUDICE** and the Petition is **DISMISSED**;

(3) That a certificate of appealability shall not issue in the event Defendant files an appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c);

(4) Defendant's Motion to Extend filed in 1:07-cr-00189-GZS-3 (ECF No. 693) is **DISMISSED AS MOOT** for reasons stated in footnote 1.

　　　　　　　　　　　　　　　　　　　　　　/s/ George Z. Singal
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated this 9th day of April, 2013.