**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | | | |
|---|---|---|---|
| **CIRINO GONZALES,** | ) | | |
| | ) | | |
| **Petitioner,** | ) | | |
| **v.** | ) | **Nos.** | **1:12-cv-00375-GZS and** |
| | ) | | **1:07-cr-00189-GZS-3** |
| **UNITED STATES OF AMERICA,** | ) | | |
| | ) | | |
| **Respondent** | ) | | |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 21) filed March 12, 2013, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED:**

(1) That Defendant's Motion for Clarification (ECF No. 19) is **DENIED**;

(2) That Defendant's Relief under 28 U.S.C. § 2255 is **DENIED WITH PREJUDICE** and the Petition is **DISMISSED**;

(3) That a certificate of appealability shall not issue in the event Defendant files an appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c);

(4) Defendant's Motion to Extend filed in 1:07-cr-00189-GZS-3 (ECF No. 693) is **DISMISSED AS MOOT** for reasons stated in footnote 1.


  _/s/ George Z. Singal_____
  United States District Judge

Dated this 9th day of April, 2013.